AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:22-mj-1946 | Date and time warrant executed:<br>08/17/2022 3:29 pm | Copy of warrant and inventory left with:<br>Cheryl Gaskin |

Inventory made in the presence of :
SA Vu-Hai Phan

Inventory of the property taken and name of any person(s) seized:

-Aero Precision, X15, Caliber .223, Serial Number: AR64778
-Two (2) magazines containing fifty (50) rounds of .223 ammunition
-One hundred and thirty-one (131) of various ammunition
-Forty-four (44) rounds of 9mm ammunition
-Fifty (50) rounds of .223 ammunition
-One (1) AR style magazine
-Forty-nine (49) rounds of 9mm ammunition
-Three (3) Glock and One (1) Smith and Wesson magazines
-Glock box with firearm accessories
-Marijuana (aggregate weight-637.84 grams)
-Promethazine (aggregate weight-2628.10 grams)
-THC liquid (aggregate weight-47.68 grams)
-Famotidine (aggregate weight-6.39 grams)
-Two (2) scales
-Six thousand and forty-six dollars ($6,046.00) in US currency
-Forty-one thousand and two hundred dollars ($41,200.00) in counterfeit US currency
-Ruger box
-One (1) box of paper
-Nine (9) bottles of miscellaneous prescription

United States Courts
Southern District of Texas
FILED

*August 23, 2022*

Nathan Ochsner, Clerk of Court

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  08/17/2022

_Executing officer's signature_

KATHERINE L.M. McELROY  ATF TASK FORCE OFFICER
_Printed name and title_

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 17, 2022*

Nathan Ochsner, Clerk of Court

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

7047 Smilax, Houston, Texas 77088

)
)
)
)
)
)

Case No.  **4:22-mj-1946**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
7047 Smilax, Houston, Texas 77088

located in the _____Southern_____ District of _____Texas_____, there is now concealed *(identify the person or describe the property to be seized)*:
Weapons, narcotics, and currency and associated documents (see attached affidavit of probable cause)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

TRUE COPY I CERTIFY
ATTEST: August 17, 2022
NATHAN OCHSNER, Clerk of Court
By:  *s/ Joseph Wells*
                                    Deputy Clerk

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Firearm |
| 21 U.S.C. § 841(a) | Possession with Intent to Distribute Controlled Substances |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Task Force Officer Katherine McElroy
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date:  August 17, 2022

_____
*Judge's signature*

City and state:   Houston, Texas

United States Magistrate Judge Sam Sheldon
*Printed name and title*

# 4:22-mj-1946

## AFFIDAVIT

I, Katherine McElroy, am a Task Force Officer Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Houston Division.   As a sworn Federal Agent and I am empowered to affect arrests, searches and seizures for violations of the federal laws involving firearms violations.   I have conducted multiple complex criminal investigations and I have experience and training in conducting searches and seizures as governed by the Fourth Amendment of the Constitution of the United States. I have experience and training in the search and seizure of firearms, and I have participated in arrests involving firearms.  I have found that documents and records are stored in journals, filing cabinets, and on electronic media, including computers, which reflect the illegal sale of drugs and firearms.

This affidavit is offered in support of an order authorizing the search of 7047 Smilax, Houston, Southern District of Texas, 77088.  The evidence available to me demonstrates that there is probable cause to believe that the individual currently living at the above-mentioned address (Dennis Gaskin) has firearms, documents, currency and narcotics located at his residence which constitute violations of 18 U.S.C. 922(g) possession of a firearm by a felon and the possession of illegal narcotics is a violation of Title 21 U.S.C. 841(a).

## PROBABLE CAUSE

Your affiant is familiar with the information contained in this affidavit, either through personal investigation or through discussions with other law enforcement officers, who have participated in, the investigation.

Dennis GASKIN, who has a felony criminal record for Aggravated Robbery, Aggravated Assault and narcotics was indicted for possession of a firearm by a felon on July 28, 2022.   A

warrant was issued, and ATF agents located Mr. GASKIN at 7047 Smilax, Houston, Southern District of Texas, 77088.

Specifically, on Wednesday, August 17, 2022, ATF Task Force Officer (TFO) McElroy received information that Dennis GASKIN was located at 7047 Smilax Houston, Harris County, Texas 77088.  Affiant began surveillance at the location and observed Defendant GASKIN exit the house where he was seen standing on the front porch. Affiant being familiar with the photographs and appearance of Defendant GASKIN made a positive identification.

Affiant contacted the Houston Police Department Warrant Execution Team (WET) where they were briefed and provided Defendant GASKIN'S photograph and identifiers.

The WET Team executed the arrest warrant at 7047 Smilax and Mr. GASKIN was placed in custody without incident. The WET Team entered the home and performed a protective sweep of the residence. The WET Team observed contraband in the residence, which appeared to be marijuana.   Affiant entered the home and conducted a walk through with the WET Team. Affiant observed marijuana in plain sight in the kitchen and a black pistol on the floor under the bed in a back bedroom, three (3) magazines loaded with live rounds in another bedroom and marijuana in the bathroom on the sink and in a plastic grocery bag inside of the bathtub.

Affiant believes that Mr. GASKIN has weapons, illegal drugs and currency from the purchase and sale of narcotics.    Affiant also has probable cause to believe Mr. GASKIN has records of his narcotics sales which are stored at the residence.

Task Force Officer Katherine McElroy
Houston Division, Texas


Subscribed and sworn to before me telephonically on August 17, 2022, and I find probable cause.

Sam Sheldon
United States Magistrate Judge


TRUE COPY I CERTIFY
ATTEST: August 17, 2022
NATHAN OCHSNER, Clerk of Court
By:   s/ Joseph Wells
                        Deputy Clerk

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. **4:22-mj-1946**
 )
7047 Smilax, Houston, Texas 77088 )
 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

7047 Smilax, Houston, Texas 77088

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Weapons, narcotics, currency and associated documents (see attached affidavit of probable cause)

**YOU ARE COMMANDED** to execute this warrant on or before _____August 25, 2022_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   U.S. Magistrate in the Southern Disctict of Texas    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   August 17, 2022, at 2:29 pm                _____
                                                                                                 *Judge's signature*

City and state:   Houston, Texas                       **United** States Magistrate Sam Sheldon
                                                                                 *Printed name and title*